**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,    :    No. 133 MM 2022
                              :
           Respondent            :
                              :
                              :
              v.                   :
                              :
                              :
JASON WILSON COLON,              :
                              :
           Petitioner              :


## ORDER


**PER CURIAM**

      **AND NOW**, this 29th day of March, 2023, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.